BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

198 So. 874

**Hubert CAMPBELL v. STATE.**

8 Div. 13.

Court of Appeals of Alabama.
Nov. 6, 1940.

H. T. Foster, of Scottsboro, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

199 So. 907

**Hubert CAMPBELL v. STATE.**

8 Div. 12.

Court of Appeals of Alabama.
Nov. 26, 1940.

H. T. Foster, of Scottsboro, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

196 So. 900

**Leonard CAREY v. STATE.**

6 Div. 404.

Court of Appeals of Alabama.
June 4, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

190 So. 920

**Floyd CARR v. STATE.**

4 Div. 531.

Court of Appeals of Alabama.
Aug. 31, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed by appellant.

193 So. 884

**Jake CARR v. STATE.**

7 Div. 502.

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

192 So. 912

**I. B. CARROLL v. STATE.**

8 Div. 927.

Court of Appeals of Alabama.
Nov. 7, 1939.